IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| SHERRA VINCENT, | ) | BANKRUPTCY CASE NO: |
| | ) | 15-02162-TOM-7 |
| Debtor. | ) | |
| | ) | |
| ANDRE M. TOFFEL, TRUSTEE, | ) | |
| | ) | |
| Plaintiff. | ) | |
| | ) | ADVERSARY PROCEEDINGN O. |
| Vs. | ) | |
| | ) | |
| ARCHER SYSTEMS, LLC, | ) | |
| HENINGER GARRISON & DAVIS, | ) | |
| LLC, MOSTYN LAW FIRM, | ) | |
| ARNOLD & ITKIN, LLP, | ) | |
| REISMAN KARRON GREEN, LLP, | ) | |
| ETHAN GREENE, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

**COMES NOW**, André M. Toffel, Trustee of the above estate ("Toffel") and for his Complaint against the above-named defendants would show this Court as follows:

JURISDICTION

1. This Adversary Proceeding is for recovery of money for the bankruptcy case of Sherra Vincent, being case #15-02162-TOM-7 on the docket of this Court.

2. This Court has jurisdiction over this Adversary Proceeding pursuant to 28 U.S.C. §157, 1334 and 11 U.S.C. §s 547 and 548. This is a core proceeding under 28 U.S.C. § 157(b)(2)(E)(F) & (H).

3. This bankruptcy case was initiated by a voluntary petition filed on June 2, 2015 under Chapter 7.

## PARTIES

4. Toffel is the duly authorized and appointed Trustee of the estate of the above-named Debtor.

5. Defendant, Archer Systems, LLC, is an entity that is/was holding $70,000 of funds due this estate and was at least partially responsible for ensuring all matters that were necessary were completed to allow funds due the estate, are paid to this estate.

6. Defendant, Heninger Garrison & Davis, LLC, is a law firm employed by the trustee in this case to take any and all steps necessary to allow this estate to recover funds due this estate.

7. Defendant, Mostyn Law Firm is a law firm employed by the trustee in this case to take any and all steps necessary to allow this estate to recover funds due this estate.

8. Defendant, Arnold & Itkin, LLP, is a law firm employed by the trustee in this case to take any and all steps necessary to allow this estate to recover funds due this estate.

9. Defendant, Ethan Greene, is an attorney.

10. Defendant, Reisman Karron Greene, LLP, is the law firm that Ethan Greene works for and is liable for the actions of Ethan Greene.

## FACTS

11. Toffel is the duly authorized and acting trustee of the above estate.

12. Prior to this bankruptcy case being filed, the debtor had a claim against Astora and others.

13. The cause of action in ¶12 became property of this estate.

14. A settlement had been reached as regards the claim in ¶12 above.

15. Defendant, Archer Systems, LLC, is/was holding $70,000 as regards the settlement.

16. Archer Systems, LLC, advised Toffel that they could not release the settlement funds unless the release attached hereto as Exhibit A was executed by Toffel (the "Release").

17. The Release is unreasonable and overreaching.

18. Toffel advised Archer Systems, LLC, that the Release would not be signed by Toffel.

19. Upon the notification as set out in ¶18 above, defendant, Ethan Greene, acting as an agent on behalf of Reisman Karron Greene, LLP, issued the attached email (Exhibit B) which states that because a release from the debtor was not returned in a timely manner, that the settlement was void.

20. Defendants Ethan Greene nor Reisman Karron Greene, LLP, had not received permission from this Court to void the money due this estate.

## COUNT ONE

21. Plaintiff incorporates each and every allegation contained in paragraphs one (1) through twenty (20) above as if fully set out herein.

22. Defendants, Heninger Garrison & Davis, LLC, Mostyn Law Firm and Arnold & Itkin, LLP (collectively "Plaintiff's Attorneys") had a duty to ensure that all necessary paperwork was submitted to ensure that this estate's claim was paid to this estate.

23. Defendant, Archer Systems, LLC, also had a duty to ensure that all necessary paperwork was submitted to ensure that this estate's claim was paid to this estate.

24. Both Plaintiff's Attorneys and Archer Systems, LLC, breached their obligation to ensure that all necessary paperwork was timely submitted.

25. The breach as outlined above resulted in $70,000 of damages to this estate.

WHEREFORE, Premises Considered, Toffel prays for a judgment, jointly and severally, against Heninger Garrison & Davis, LLC, Mostyn Law Firm, Arnold & Itkin, LLP and Archer Systems, LLC, for the sum of $70,000.

## COUNT TWO

26. Plaintiff incorporates each and every allegation contained in paragraphs one (1) through twenty-five (25) above as if fully set out herein.

27. Defendants, Ethan Greene and Reisman Karron Greene, LLP, terminated rights of this estate in the settlement ($70,000) via the email attached as Exhibit B.

28. Defendants, Ethan Greene and Reisman Karron Greene, LLP, did not receive this Court's permission to terminate the rights of this estate.

29. The above actions by Defendants, Ethan Greene and Reisman Karron Greene, LLP, resulted in the loss of $70,000 by this estate.

WHEREFORE, Premises Considered, Toffel prays for a judgment, jointly and severally, against Ethan Greene and Reisman Karron Greene, LLP, for the sum of $70,000.

## COUNT THREE

30. Plaintiff incorporates each and every allegation contained in paragraphs one (1) through twenty-nine (29) above as if fully set out herein.

31. Toffel is entitled to the funds held by Archer Systems, LLC.

WHEREFORE, Premises Considered, Toffel prays for a judgment in his favor and against Archer Systems, LLC, for the sum of $70,000.

Respectfully submitted,

/s/William Dennis Schilling
William Dennis Schilling
Attorney for Trustee

OF COUNSEL:

William Dennis Schilling
Attorney at Law
P. O. Box 55147
Birmingham, AL 35255-5147
205-328-0464 office
schillinglawoffice@gmail.com


Serve Defendants at:

Archer Systems, LLC
c/o Scott Freeman, Chairman
3300 Duval Road, Suite 250
Austin, TX 78759

Heninger Garrison & Davis, LLC
c/o W. Lewis Garrison, Jr., its registered agent
2224 First Avenue North
Birmingham, AL 35203

Mostyn Law Firm
c/o Caroline Maida, Esq.
3810 W. Alabama St.
Houston, TX 77027

Arnold & Itkin, LLP
c/o Kurt Arnold, Esq.
6009 Memorial Drive
Houston, TX 77007

Ethan Greene
1725 DeSales Street NW, Suite 501
Washington, DC 20036

Reisman Karron Green, LLP
c/o Ethan Greene, its Partner
1725 DeSales Street NW, Suite 501
Washington, DC 20036